# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 10-2146

———————

Curtis L. Northington, Jr.,      *
        *
     Appellant,      *
        *    Appeal from the United States
   v.      *    District Court for the
        *    Eastern District of Missouri.
Saint Louis County Government,      *
        *    [UNPUBLISHED]
     Appellee.      *

———————

Submitted: June 15, 2010
Filed: July 6, 2010

———————

Before MELLOY, BOWMAN, and SMITH, Circuit Judges

———————

PER CURIAM

     Curtis Northington, Jr. appeals the district court's[1] dismissal for lack of subject matter jurisdiction. Northington filed a complaint against the Saint Louis County Government for breach of contract. Northington claims he entered into a contract with the Saint Louis County Government fifteen years ago for $3. According to Northington, the face value of this contract is now $25,000, and he is seeking damages in that amount.

---

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

The district court properly dismissed the cause of action for lack of subject matter jurisdiction. The complaint does not raise a federal question claim under 28 U.S.C. § 1331. Nor does the cause of action meet the diversity requirement of 28 U.S.C. § 1332, as both parties are residents of Missouri and the amount in controversy does not exceed $75,000.

The judgment of the district court is affirmed.

_____